**MOSS & MURPHY**
ATTORNEYS AT LAW
1297 B STREET
HAYWARD, CALIFORNIA 94541
TEL (510) 583-1155
FAX (510) 583-1299

GLEN L. MOSS

ANN MURPHY

February 26, 2014

United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102

Att: Hon. Judge Joseph C Spero

Re:   Hutchins v. Bank of America
      Case No. 13-cv- 03242
      Request for telephone appearance

Dear Judge Spero:

I have an administrative hearing matter in Hayward at 3:00 p.m., for which I can be as late as 3:30 p.m. However, this prior matter prevents my appearance at the status conference at 2:00 p.m. on February 28, 2014. This conference was set for 9:00 a.m until your decision of February 25, 2014 was filed.

On February 26, 2014 I spoke with your clerk, Karen. Karen advised me the Court can call me at my office land line. The phone number is **510 583 1155**.

Please consider this letter as a request to appear by telephone. I will be at my office until 2:50 p.m in order to attend the status conference.

Thank you for your consideration of this scheduling problem.

Dated: 2/26/14

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

Yours very truly,

MOSS & MURPHY

Glen L. Moss

GLM/y/hutchins.ltr