

Sharon L. Stewart
Attorney
Direct: (415) 675-3517
stewarts3@bryancave.com

February 26, 2014

**VIA ECF**

Magistrate Judge Joseph C. Spero
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco, CA 94102

Re:  *Hutchins v. Bank of America, N.A.*
     U.S.D.C. Northern District of California, Case No. C13-3242

Dear Hon. Judge Spero:

Defendants Bank of America, N.A. respectfully request telephonic appearance at the 2:00 p.m., February 28, 2014 Case Management Conference. All parties may attend via conference call by dialing 1-800-300-1596. The participant passcode is 415 675 3461.

Please do not hesitate to contact me with any questions.

Sincerely,

Sharon L. Stewart

Enclosures

Dated: 2/27/14



IT IS SO ORDERED
Judge Joseph C. Spero

**Bryan Cave LLP**
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Tel (415) 268-2000
Fax (415) 268-1999
www.bryancave.com

**Bryan Cave Offices**
Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

**Bryan Cave**
**International Consulting**
*A TRADE AND CUSTOMS CONSULTANCY*

www.bryancaveconsulting.com
Bangkok
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

164851.2